IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| BRANDON A. BACKE, JOSEPH P. BELLUOMINI, SHANNON BELLUOMINI, CHRIS CORNWELL, MATTHEW L. GOODSON, MICHAEL R. MCMILLAN, DANIEL COLE O'BALLE, GILBERT E. O'BALLE, JR., JUSTIN PACKARD, CALVIN SILVA, AARON TREVINO, AND CHARLES YOUNG,<br>Plaintiffs,<br><br>vs.<br><br>CITY OF GALVESTON, TEXAS, and STEVEN LeBLANC, CHIEF CHARLES B. WILEY, JR., OFFICER JOEL J. CALDWELL, OFFICER JAMES R. FERGUSON, OFFICER CLEMENTE J. GARCIA III, OFFICER JONATHAN M. LONGORIA, OFFICER JONEKA N. LOYD, OFFICER NICHOLAS H. MCDERMOTT, SGT. ANDRE L. MITCHELL, OFFICER CHRISTOPHER M. SANDERSON, OFFICER MATHEW D. BURUS, OFFICER EVELYN S. DOOLEY, OFFICER DANE M. GOODE, OFFICER PHENERIA MANUELL, OFFICER JEFFREY A. MICHAEL, OFFICER JOHN RUTHERFORD, OFFICER ROBERT L. SANDERSON, III, AND JOHN DOE GALVESTON POLICE OFFICERS 1 – 20, individually and in their official capacities,<br>Defendants. | NO. 3:10-CV-00388<br><br>JURY TRIAL |

## ORDER OF DISMISSAL

It is **ORDERED** that the Plaintiffs' claims against Defendants James R. Ferguson, Joneka N. Loyd, Robert L. Sanderson, III, and all John Doe Defendants are dismissed with prejudice. It is further;

**ORDERED** that all costs, including attorney's fees and expenses, are to be taxed against the party incurring the same.



EXHIBIT A

SIGNED this 6th day of September 2013.

_____
KEITH P. ELLISON,
UNITED STATES DISTRICT JUDGE